IN THE
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | * | |
| ABBVIE, INC., *et al.,* | | |
| | * | |
| *Plaintiffs-Appellants,* | | |
| v. | * | No. 24-1939 (L) |
| | | |
| ANTHONY G. BROWN, *et al.*, | * | |
| | | |
| *Defendants-Appellees.* | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO WITHDRAW AS COUNSEL**

I, Howard R. Feldman, move to withdraw as counsel of record in this matter on behalf of Defendants-Appellees, Anthony G. Brown, in his official capacity as Attorney General of the State of Maryland; Kristopher Rusinko, in his official capacity as Board President of the Maryland Board of Pharmacy; and Daphanie Robinson, Adetoro Oriaifo, Kristen Fink, Karen Slagle, Brenda Oliver, Karla Evans, Javier Vazquez, Akesh Patel, Kevin Morgan, Jennifer Hardesty, Peggy Glascoe Geigher, and Neil Leikach, each in their official capacity as a member of the Maryland Board of Pharmacy.

I am retiring from the Office of the Attorney General of Maryland, and my last day is May 22, 2026. My clients have been notified and consent to my withdrawal. Defendants-Appellees will continue to be represented by Joshua R.

Chazen and Ryan R. Dietrich of the Office of the Attorney General.  Plaintiffs-Appellants do not oppose this motion.

WHEREFORE, I, Howard R. Feldman, request that this Court enter an order withdrawing my appearance in this matter.

.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Howard R. Feldman
HOWARD R. FELDMAN
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
(410) 576-6445
hfeldman@oag.state.md.us

May 19, 2026

Attorneys for Appellees

## CERTIFICATE OF SERVICE

I certify that, on this 19th day of May, 2026, the foregoing was filed electronically and served on counsel of record, who are registered CM/ECF users.

/s/ Howard R. Feldman
HOWARD R. FELDMAN