**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

Case No. 24-1949

---

NOVARTIS PHARMACEUTICALS CORPORATION,

*Plaintiff-Appellant,*

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of the State of Maryland, *et al.*,

*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the District of Maryland,
No. 1:24-cv-01557-MJM

---

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

---

Pursuant to Fourth Circuit Local Rule 46(c), the undersigned respectfully asks this Court to withdraw her appearance as counsel for Novartis in the above-styled appeal. Novartis will continue to be represented by Jessica L. Ellsworth, Susan M. Cook, and Marlan Golden of Hogan Lovells Cadwalader US LLP in this action.

Permitting her to withdraw as counsel for Novartis will not result in any prejudice to the parties to this action nor will it delay the proceedings in this matter.

For these reasons, the undersigned respectfully moves this Court to allow her to withdraw as counsel for Novartis in this matter and request that she be removed

from the Court's electronic service list and that no further documents be served upon her in this action.

Respectfully submitted,

<u>/s/ Catherine E. Stetson</u>
CATHERINE E. STETSON
JESSICA L. ELLSWORTH
SUSAN M. COOK
MARLAN GOLDEN
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600

*Counsel for Novartis Pharmaceuticals Corporation*

## CERTIFICATE OF SERVICE

I, Catherine E. Stetson, hereby certify that on August 10, 2026, I filed the foregoing Motion to Withdraw Appearance of Counsel with the Clerk of Court using the CM/ECF Filing System, which will send notice to all counsel of record.

/s/ Catherine E. Stetson